# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY
COUNSEL,

              Petitioner

    v.

JEFFREY MICHAEL CHILDS,

              Respondent

:  No. 2986 Disciplinary Docket No. 3
:
:
:  No. 160 DB 2022
:
:
:  Attorney Registration No. 324652
:
:
:  (Allegheny County)
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of June, 2023, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Jeffrey Michael Childs is suspended on consent from the Bar of this Commonwealth for a period of two years.  Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).